IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. REBEKAH L. HALE, Defendant. | PO-25-5015-GF-JTJ VIOLATIONS: E2029774 E2029775 Location Code: M13 ORDER |
|---|---|

The United States filed a motion to accept the defendant's payment of a $145 fine and $30 processing fee for violation E2029774 (for a total of $175), to dismiss violation E2029775, and to vacate the initial appearance set for February 6, 2025. Based on the United States' motion and for good cause shown,

**IT IS ORDERED** that the $175 fine paid by the defendant is accepted as a full adjudication of violation E2029774.

**IT IS FURTHER ORDERED** that violation E2029775 is **DIMISSED**.

//

//

//

//

**IT IS FURTHER ORDERED** that the initial appearance scheduled for February 6, 2025, is **VACATED.**

DATED this 4th day of February, 2025.

_____
John Johnston
United States Magistrate Judge